**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-34084-CAD
§
MICHAEL V RANTE §
ANNA F RANTE §
§
Debtors §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/30/2010. The undersigned trustee was appointed on 07/30/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $15,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $5,265.32 |
   | Bank service fees | $234.68 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $9,500.00 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/15/2010 and the deadline for filing government claims was 12/15/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $58.52, for total expenses of $58.52.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/13/2015        By:  /s/ David P. Leibowitz
                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-34084-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | Date Filed (f) or Converted (c): | 07/30/2010 (f) |
| For the Period Ending: | 5/13/2015 | §341(a) Meeting Date: | 09/13/2010 |
| | | Claims Bar Date: | 12/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  832 Pony Lane, Northbrook, IL 60062 | $850,000.00 | $0.00 | | $0.00 | FA |
| 2  501 Clinton, #1801, Chicago, IL | $300,000.00 | $0.00 | | $0.00 | FA |
| 3  505 Lake Shore Drive, #1802, Chicago, IL | $375,000.00 | $0.00 | | $0.00 | FA |
| 4  51 Logan Loop, Highland Park, IL 60035 | $800,000.00 | $0.00 | | $0.00 | FA |
| 5  240 E. Illinois #2511, Chicago, IL | $700,000.00 | $0.00 | | $0.00 | FA |
| 6  Marriot timeshare | $40,000.00 | $0.00 | | $0.00 | FA |
| 7  1/3 interest in marriot timeshare | $5,300.00 | $0.00 | | $0.00 | FA |
| 8  146 Cedar, Wood Dale, IL 60191 | $350,000.00 | $0.00 | | $0.00 | FA |
| 9  cash on debtor's person | $70.00 | $0.00 | | $0.00 | FA |
| 10  checking account- harris bank | $300.00 | $0.00 | | $0.00 | FA |
| 11  checking account- harris bank | $400.00 | $0.00 | | $0.00 | FA |
| 12  checking account - northern trust | $350.00 | $0.00 | | $0.00 | FA |
| 13  1 computer, printer and monitor, 4 TV's, 1 DVR, 1 DVD player, stereo, miscellaneous appliances, kitchen table and chairs, dining room set, living room funiture, family room furniture, 4 sets of bedroom furniture, office furniture, and 1 piano | $2,000.00 | $0.00 | | $0.00 | FA |
| 14  miscellaneous pictures | $300.00 | $0.00 | | $0.00 | FA |
| 15  Miscellaneous wearing apparel | $150.00 | $0.00 | | $0.00 | FA |
| 16  1 watch, 1 wedding ring, earrings and miscellaneous costume jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 17  2 .38 caliber pistols, 1 .35, 1 shotgun, 1 Winchester | $300.00 | $0.00 | | $0.00 | FA |
| 18  Roth IRA | $37,500.00 | $0.00 | | $0.00 | FA |
| 19  Pension ($1,799 a month) | $1,700.00 | $0.00 | | $0.00 | FA |
| 20  Shareholder in Villa Cara, Inc. | $0.00 | Unknown | | $0.00 | FA |
| 21  Shareholder in Gatto Kitchen, Inc. | $0.00 | Unknown | | $0.00 | FA |
| 22  Shareholder in Hair N Go, inc. | $0.00 | Unknown | | $0.00 | FA |
| 23  Claim against Loduca (approzimate value) based upon alleged breach of a loan agreement | $150,000.00 | $147,120.00 | | $10,000.00 | FA |

**Asset Notes:** Michael Rante v. Salvatore Loduca and Rosalia Loduca, Case No. 2010 L 000364

Case 10-34084   Doc 89   Filed 05/19/15   Entered 05/19/15 10:11:52   Desc Main
Document     Page 4 of 14

FORM 1
Page No: 2
Exhibit A
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 10-34084-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | Date Filed (f) or Converted (c): | 07/30/2010 (f) |
| For the Period Ending: | 5/13/2015 | §341(a) Meeting Date: | 09/13/2010 |
| | | Claims Bar Date: | 12/15/2010 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 24 | Potential cause of action against West Suberban Bank | Unknown | Unknown | | $0.00 | FA |
| 25 | 2007 BMW 3 Series convertible (12,000 miles) | $28,125.00 | $25,725.00 | | $2,500.00 | FA |
| 26 | 2007 Jeep Commander (60,000 miles) | $13,150.00 | $13,150.00 | | $2,500.00 | FA |
| 27 | 2000 Cadillac DTS (87,000 miles) | $3,600.00 | $1,200.00 | | $0.00 | FA |
| 28 | 1 dest, 1 chair, miscellaneous file cabinets | $150.00 | $0.00 | | $0.00 | FA |
| 29 | Barbeque grill, miscellaneous tools and 1 snowblower | $250.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**

$3,659,645.00          $187,195.00                              $15,000.00          $0.00

**Major Activities affecting case closing:**

| 02/05/2015 | Attorney to draft demand letter requesting documents related to any such amend tax return |
|---|---|
| 08/28/2014 | Followed with UST office RE TFR. |
| | Initially sent for review 11/2013 |
| 11/15/2013 | Refund on tax returns will be issued soon per the IRS. |
| 11/07/2013 | TFR sent to UST office for review and approval |
| 07/08/2013 | Prepared tax intercept for 2009, 2010, 2011 and 2012 |
| 06/19/2013 | TFR completed for Trustee's review. |
| 04/05/2013 | Objections to claim filed Per Trustee's request. |
| 11/02/2012 | Review Claims and Prepare TFR |
| 12/30/2011 | Breach of Contract still pending - Michael Rante v. Salvatore Loduca and Rosalia Loduca, Case No. 2010 L 000364 |
| 12/31/2010 | Trustee took 2004 examination. Investigation continues |

**Initial Projected Date Of Final Report (TFR):**   04/30/2012                      /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**   12/31/2012                      DAVID LEIBOWITZ

| Case No. | 10-34084-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8516 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/13/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | Anna F. Rante & Mike V. Rante | Payment for Equity on vehicle. | * | $1,000.00 | | $1,000.00 |
| | {25} | | | $500.00 | 1129-000 | | $1,000.00 |
| | {26} | | | $500.00 | 1129-000 | | $1,000.00 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.31 | $999.69 |
| 08/24/2011 | | Anna F. Rante | Payment for Equity on vehicle. | * | $1,000.00 | | $1,999.69 |
| | {25} | | | $500.00 | 1129-000 | | $1,999.69 |
| | {26} | | | $500.00 | 1129-000 | | $1,999.69 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.97 | $1,997.72 |
| 09/23/2011 | | Anna F. Rante / Mike V. Rante | Payment for Equity on vehicle. | * | $1,000.00 | | $2,997.72 |
| | {25} | | | $500.00 | 1129-000 | | $2,997.72 |
| | {26} | | | $500.00 | 1129-000 | | $2,997.72 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.69 | $2,994.03 |
| 10/28/2011 | | Anna F. Rante & Mike V. Rante | Payment for Equity on vehicle. | * | $1,000.00 | | $3,994.03 |
| | {25} | | | $500.00 | 1129-000 | | $3,994.03 |
| | {26} | | | $500.00 | 1129-000 | | $3,994.03 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.57 | $3,989.46 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.23 | $3,983.23 |
| 12/06/2011 | | Anna F. Rante and Mike V. Rante | Payment for Equity on vehicle. | * | $1,000.00 | | $4,983.23 |
| | {25} | | | $500.00 | 1129-000 | | $4,983.23 |
| | {26} | | | $500.00 | 1129-000 | | $4,983.23 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.72 | $4,975.51 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.02 | $4,967.49 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,960.00 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.26 | $4,951.74 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.47 | $4,944.27 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.97 | $4,936.30 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.96 | $4,928.34 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.69 | $4,920.65 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.70 | $4,911.95 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.90 | $4,905.05 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.91 | $4,897.14 |
| 11/02/2012 | (23) | Salvatore Lo Duca | Settlement Per Court Order | 1149-000 | $10,000.00 | | $14,897.14 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $22.73 | $14,874.41 |
| 12/11/2012 | 1001 | Richard S. Mittelman and O'Donnell Law Firm, Ltd | Per Court Order 12/5/2012. | 3220-610 | | $265.32 | $14,609.09 |
| 12/11/2012 | 1002 | Richard S. Mittelman and O'Donnel Law Firm, Ltd | Per Court Order 12/5/2012. | 3210-600 | | $5,000.00 | $9,609.09 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.63 | $9,590.46 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.47 | $9,573.99 |

**SUBTOTALS** $15,000.00 $5,426.01

Page No: 2
Case 10-34084 Doc 89 Filed 05/19/15 Entered 05/19/15 10:11:52 Desc Main
Exhibit B
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document Page 6 of 14

| Case No. | 10-34084-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8516 | | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/30/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/13/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.95 | $9,560.04 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.42 | $9,544.62 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.89 | $9,528.73 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.88 | $9,514.85 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.85 | $9,500.00 |
| | | | TOTALS: | | $15,000.00 | $5,500.00 | $9,500.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $15,000.00 | $5,500.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $15,000.00 | $5,500.00 | |

**For the period of 7/30/2010 to 5/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/25/2011 to 5/13/2015**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**Page No:** 3

**Exhibit B**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 10-34084-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** | RANTE, MICHAEL V AND RANTE, ANNA F | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***8516 | **Checking Acct #:** | ******8401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 7/30/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/13/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $15,000.00 | $5,500.00 | $9,500.00 |

| **For the period of 7/30/2010 to 5/13/2015** | | **For the entire history of the case between 07/30/2010 to 5/13/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $15,000.00 | Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 | Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,500.00 | Total Compensable Disbursements: | $5,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,500.00 | Total Comp/Non Comp Disbursements: | $5,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 10-34084-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | | | | | | | | Date: 5/13/2015 |
| Claims Bar Date: | 12/15/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | RICHARD S. MITTELMAN AND O'DONNEL LAW FIRM, LTD  14044 Petronella Drive Suite 1  Libertyville IL 60048 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Per Cour Order entered on 12/5/2012. | | | | | | | | |
| | RICHARD S. MITTELMAN AND O'DONNELL LAW FIRM, LTD  14044 Petronella Drive Suite 1  Libertyville IL 60048 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $265.32 | $265.32 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Per Cour Order entered on 12/5/2012. | | | | | | | | |
| | LAKELAW  420 W. Clayton Street  Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $5,077.50 | $0.00 | $0.00 | $0.00 | $5,077.50 |
| | LAKELAW  420 W. Clayton Street  Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $49.60 | $0.00 | $0.00 | $0.00 | $49.60 |
| | DAVID P. LEIBOWITZ  420 West Clayton St  Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $2,250.00 | $0.00 | $0.00 | $0.00 | $2,250.00 |
| | DAVID P. LEIBOWITZ  420 West Clayton St  Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $58.52 | $0.00 | $0.00 | $0.00 | $58.52 |
| 1 | DISCOVER BANK  Dfs Services LLC PO Box 3025 New Albany OH 43054-3025 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,247.48 | $0.00 | $0.00 | $0.00 | $3,247.48 |
| 2 | DIMONTE & LIZAK, LLC  Riccardo A. DiMonte 216 W. Higgins Road Park Ridge IL 60068 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,195.25 | $0.00 | $0.00 | $0.00 | $4,195.25 |

| Case No.: | 10-34084-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | | | | | | | | Date: 5/13/2015 |
| Claims Bar Date: | 12/15/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | JOHN D. REBIK & ASSOCIATES<br><br>35 W 388 Miller Road<br>Dundee IL 60018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,312.50 | $0.00 | $0.00 | $0.00 | $3,312.50 |
| 4 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 19850-5145 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $689.50 | $0.00 | $0.00 | $0.00 | $689.50 |

**Claim Notes:** 03/08/2011 Amended Claim #4 filed by Chase Bank USA, N.A., Amount claimed: $689.50

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 19850-5145 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $18,017.95 | $0.00 | $0.00 | $0.00 | $18,017.95 |
| 6 | MONTOYA TREE & LAWN SERVICE<br><br>c/o Schwartz Wolf & Bernstein LLP<br>314 N. McHenry Road<br>Buffalo Grove IL 60089 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,800.00 | $0.00 | $0.00 | $0.00 | $3,800.00 |

**Claim Notes:** (6-1) Judgment

General unsecured per Court Order 5/08/2013

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 19850-5145 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $19,032.95 | $0.00 | $0.00 | $0.00 | $19,032.95 |
| 8 | CHRISTOPHER G. WALSH, JR.<br><br>c/o Hoevel & Associates, PC<br>3725 N. Western Avenue<br>Chicago IL 60618 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $471.03 | $0.00 | $0.00 | $0.00 | $471.03 |
| 9 | AMERICAN EXPRESS BANK, FSB<br><br>c o Becket and Lee LLP POB 3001<br>Malvern PA 19355-0701 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,413.68 | $0.00 | $0.00 | $0.00 | $4,413.68 |

**Claim Notes:** (9-1) CREDIT CARD DEBT

| Case No. | 10-34084-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | | | | | | | | Date: 5/13/2015 |
| Claims Bar Date: | 12/15/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA<br><br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City OK 73124-8809 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $8,996.17 | $0.00 | $0.00 | $0.00 | $8,996.17 |
| 11 | TODD MILLER AND CHRISTINE MILLER<br><br>c/o Kevin S. Besetzny<br>33 N. Dearborn Street, Suite 1710<br>Chicago IL 60602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,711.38 | $0.00 | $0.00 | $0.00 | $1,711.38 |
| **Claim Notes:** | General Unsecured per Cour Order entered on 5/08/2013 | | | | | | | | |
| 12 | ECAST SETTLEMENT CORPORATION<br><br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson AZ 85712 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $2,588.80 | $0.00 | $0.00 | $0.00 | $2,588.80 |
| 13 | HSBC BANK NEVADA, N.A. (NEIMAN MARCUS)<br><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson AZ 85712 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $2,355.48 | $0.00 | $0.00 | $0.00 | $2,355.48 |
| | | | | | **$85,533.11** | **$5,265.32** | **$0.00** | **$0.00** | **$80,267.79** |

| | | |
|---|---|---|
| **Case No.** | 10-34084-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | RANTE, MICHAEL V AND RANTE, ANNA F | **Date:** 5/13/2015 |
| **Claims Bar Date:** | 12/15/2010 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $49.60 | $49.60 | $0.00 | $0.00 | $0.00 | $49.60 |
| Attorney for Trustee Fees (Trustee Firm) | $5,077.50 | $5,077.50 | $0.00 | $0.00 | $0.00 | $5,077.50 |
| General Unsecured § 726(a)(2) | $67,887.89 | $67,887.89 | $0.00 | $0.00 | $0.00 | $67,887.89 |
| Special Counsel for Trustee Expenses | $265.32 | $265.32 | $265.32 | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Fees | $5,000.00 | $5,000.00 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $4,944.28 | $4,944.28 | $0.00 | $0.00 | $0.00 | $4,944.28 |
| Trustee Compensation | $2,250.00 | $2,250.00 | $0.00 | $0.00 | $0.00 | $2,250.00 |
| Trustee Expenses | $58.52 | $58.52 | $0.00 | $0.00 | $0.00 | $58.52 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:     10-34084-CAD
Case Name:    MICHAEL V RANTE
              ANNA F RANTE
Trustee Name: David P. Leibowitz

|  |  |
|---|---:|
| Balance on hand: | $9,500.00 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $9,500.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,250.00 | $0.00 | $2,250.00 |
| David P. Leibowitz, Trustee Expenses | $58.52 | $0.00 | $58.52 |
| Lakelaw, Attorney for Trustee Fees | $5,077.50 | $0.00 | $5,077.50 |
| Lakelaw, Attorney for Trustee Expenses | $49.60 | $0.00 | $49.60 |
| Other: Richard S. Mittelman and O'Donnel Law Firm, Ltd, | $5,000.00 | $5,000.00 | $0.00 |
| Other: Richard S. Mittelman and O'Donnell Law Firm, Ltd, | $265.32 | $265.32 | $0.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $7,435.62 |
| Remaining balance: | $2,064.38 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,064.38 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|                              |            |
| ---------------------------- | ---------: |
| Total to be paid to priority claims: | $0.00 |
| Remaining balance:           | $2,064.38  |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $67,887.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
| ---: | --- | ---: | ---: | ---: |
| 1  | Discover Bank                         | $3,247.48  | $0.00 | $98.75  |
| 2  | DiMonte & Lizak, LLC                  | $4,195.25  | $0.00 | $127.56 |
| 3  | John D. Rebik & Associates            | $3,312.50  | $0.00 | $100.72 |
| 4  | Chase Bank USA, N.A.                  | $689.50    | $0.00 | $21.13  |
| 5  | Chase Bank USA, N.A.                  | $18,017.95 | $0.00 | $547.86 |
| 6  | Montoya Tree & Lawn Service           | $3,800.00  | $0.00 | $115.54 |
| 7  | Chase Bank USA, N.A.                  | $19,032.95 | $0.00 | $578.72 |
| 8  | Christopher G. Walsh, Jr.             | $471.03    | $0.00 | $14.32  |
| 9  | American Express Bank, FSB            | $4,413.68  | $0.00 | $134.20 |
| 10 | Fia Card Services, NA/Bank of America | $8,996.17  | $0.00 | $273.54 |
| 11 | Todd Miller and Christine Miller      | $1,711.38  | $0.00 | $52.04  |

|                              |            |
| ---------------------------- | ---------: |
| Total to be paid to timely general unsecured claims: | $2,064.38 |
| Remaining balance:           | $0.00      |

Tardily filed claims of general (unsecured) creditors totaling $4,944.28 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
| ---: | --- | ---: | ---: | ---: |
| 12 | eCAST Settlement Corporation | $2,588.80 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 13 | HSBC Bank Nevada, N.A. (Neiman Marcus) | $2,355.48 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**