**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-34084-CAD |
| | § | |
| MICHAEL V RANTE | § | |
| ANNA F RANTE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/10/2015, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   05/19/2015                By:   /s/ David P. Leibowitz
                                               Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-34084-CAD |
| | § | |
| MICHAEL V RANTE | § | |
| ANNA F RANTE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $15,000.00
*and approved disbursements of* $5,500.00
*leaving a balance on hand of[1]:* $9,500.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $9,500.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,250.00 | $0.00 | $2,250.00 |
| David P. Leibowitz, Trustee Expenses | $58.52 | $0.00 | $58.52 |
| Lakelaw, Attorney for Trustee Fees | $5,077.50 | $0.00 | $5,077.50 |
| Lakelaw, Attorney for Trustee Expenses | $49.60 | $0.00 | $49.60 |
| Other: Richard S. Mittelman and O'Donnel Law Firm, Ltd, | $5,000.00 | $5,000.00 | $0.00 |
| Other: Richard S. Mittelman and O'Donnell Law Firm, Ltd, | $265.32 | $265.32 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $7,435.62
Remaining balance: $2,064.38

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|   |   |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,064.38 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,064.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $67,887.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $3,247.48 | $0.00 | $98.75 |
| 2 | DiMonte & Lizak, LLC | $4,195.25 | $0.00 | $127.56 |
| 3 | John D. Rebik & Associates | $3,312.50 | $0.00 | $100.72 |
| 4 | Chase Bank USA, N.A. | $689.50 | $0.00 | $21.13 |
| 5 | Chase Bank USA, N.A. | $18,017.95 | $0.00 | $547.86 |
| 6 | Montoya Tree & Lawn Service | $3,800.00 | $0.00 | $115.54 |
| 7 | Chase Bank USA, N.A. | $19,032.95 | $0.00 | $578.72 |
| 8 | Christopher G. Walsh, Jr. | $471.03 | $0.00 | $14.32 |
| 9 | American Express Bank, FSB | $4,413.68 | $0.00 | $134.20 |
| 10 | Fia Card Services, NA/Bank of America | $8,996.17 | $0.00 | $273.54 |
| 11 | Todd Miller and Christine Miller | $1,711.38 | $0.00 | $52.04 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to timely general unsecured claims: | $2,064.38 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $4,944.28 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 12 | eCAST Settlement Corporation | $2,588.80 | $0.00 | $0.00 |
| 13 | HSBC Bank Nevada, N.A. (Neiman Marcus) | $2,355.48 | $0.00 | $0.00 |

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST Form 101-7-NFR (10/1/2010)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                  Case No. 10-34084-CAD
Michael V Rante                                                         Chapter 7
Anna F Rante
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez                Page 1 of 3                  Date Rcvd: May 20, 2015
                              Form ID: pdf006              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2015.
db/jdb         +Michael V Rante,    Anna F Rante,    832 Pony Lane,    Northbrook, IL 60062-1261
15930004       +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
16521127        American Express Bank, FSB,    c o Becket and Lee LLP,     POB 3001,   Malvern, PA 19355-0701
15930005       +American Home Mortgage Servicing,     PO Box 619063,   Dallas, TX 75261-9063
15930007       +BRG Construction,    c/o Tinkoff Popko & Duval,    413 E. Main Street,
                 Barrington, IL 60010-4501
15930006       +Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
15930013       +CSC Drywall,    c/o Stephen F. Potts,    2720 S. River Road, Suite 150-N,
                 Des Plaines, IL 60018-4106
15930008       +Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15930009       +Cardmember Service,    PO Box 15325,    Wilmington, DE 19886-0001
16227227        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15930011       +Cioni Excavating,    c/o Heller Shapiro Frisone,    33 N. LaSalle Street,
                 Chicago, IL 60602-2603
15930012       +Creative Stairs & Woodwork,    c/o Richard D. Joseph,    53 W. Jackson, #1201,
                 Chicago, IL 60604-4192
15930014       +Daniella Pisano,    505 Lake Shore Drive #1802,    Chicago IL 60611-6411
15930015       +DiMonte & Lizak,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
16176189       +DiMonte & Lizak, LLC,    Riccardo A. DiMonte,    216 W. Higgins Road,    Park Ridge, IL 60068-5706,
                 847/698-9600
16093253       +Diamond & Huels PC,    125 West Boeger Dr,    Arlington Hts IL 60004-7703
15930017       +Dvorkin Construction,    c/o Anthony G. Suizzo,    1701 E. Lake Avenue S,
                 Glenview, IL 60025-2065
15930019       +Fairbanks Cityfront,    c/o Levenfeld, Pearlstein,    2 N. LaSalle Street, 13th Floor,
                 Chicago, IL 60602-3709
15930018       +Fairbanks at City,    c/o Levenfeld, Pearlstein,    2 N. LaSalle, 13th Floor,
                 Chicago, IL 60602-3709
15930020       +Freeborn & Peters,    c/o Stein & Rotman,    105 W. Madison, #605,    Chicago, IL 60602-4602
15991284       +Gatto Kitchens USA,    832 Pony Lane,    Northbrook, IL 60062-1261
16654021       +HSBC Bank Nevada, N.A.(SAKS),    Bass & Associates, P.C.,     3936 E. Ft. Lowell Rd., Suite 200,
                 Tucson, AZ 85712-1083
15930021       +Hill Gilstrap,    c/o Michael Best & Friedman,    180 N. Stetson, #2000,    Chicago, IL 60601-6807
15930023       +John D. Rebik & Associates,    35 W 388 Miller Road,    Dundee, IL 60118-9307
15930024       +Marks Marks & Kaplan,    55 W. Monroe, #3000,    Chicago, IL 60603-5097
15930025       +Montoya Tree & Lawn Service,    c/o Schwartz Wolf & Bernstein LLP,     314 N. McHenry Road,
                 Buffalo Grove, IL 60089-2428
15930026       +Neiman Marcus,    PO Box 5235,    Carol Stream, IL 60197-5235
15930027       +Nicole Schrader,    c/o Stephen B. Halwick,    221 N. LaSalle,    Chicago, IL 60601-1206
16093254       +O’Donnell Law Firm,    230 Center Drive #102,    Vernon Hills IL 60061-1584
15930028       +Pav Realty, Inc.,    c/o Pauker & Rubin, Ltd.,    180 N. LaSalle Street, #1601,
                 Chicago, IL 60601-2501
15930029       +Richard M. Munizzo,    c/o Benjamin B. Goldberg,    77 W. Washington Street,
                 Chicago, IL 60602-2801
15930030       +Saks Fifth Avenue,    PO Box 17157,    Baltimore, MD 21297-1157
15991290        Surf Club,   PO Box  8038?,    Lakeland, FL 33802-8038
15930031       +Todd Miller and Christine Miller,     c/o Kevin S. Besetzny,    33 N. Dearborn Street, Suite 1710,
                 Chicago, IL 60602-3862
15930033       +West Suburban Bank,    c/o Guerard Kalina & Musilia,    100 W. Roosevelt Road, #A,
                 Wheaton, IL 60187-5260
15991294       +West Suburban Bank,    c/o Guerard Kalina Butkus,    100 W. Roosevelt Road, #A-1,
                 Wheaton, IL 60187-5260
15930032       +West Suburban Bank,    711 S. Westmore,    Lombard, IL 60148-3770
15930034       +William Tortorello,    c/o Emalfarb Swan & Bain,    440 Central Avenue,
                 Highland Park, IL 60035-2688
15930035       +Woodland Ridge, LLC,    c/o Francis K. Tennant,    33 N. Dearborn, Suite 800,
                 Chicago, IL 60602-3194

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15991273       +E-mail/Text: cms-bk@cms-collect.com May 21 2015 00:52:20      Capital Management Services, LP,
                 726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
19622312       +E-mail/Text: bnc@bass-associates.com May 21 2015 00:51:49      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,     Tucson, AZ 85712-1083
15930010       +E-mail/Text: jhoevel@hoevellaw.com May 21 2015 00:51:56      Christopher G. Walsh, Jr.,
                 c/o Hoevel & Associates, PC,    3725 N. Western Avenue,    Chicago, IL 60618-4705
15930016       +E-mail/PDF: mrdiscen@discover.com May 21 2015 00:55:05      Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
16145441        E-mail/PDF: mrdiscen@discover.com May 21 2015 00:55:05      Discover Bank,    Dfs Services LLC,
                 PO Box 3025,   New Albany, OH  43054-3025
16528307        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 21 2015 01:10:10
                 Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,
                 PO Box 248809,   Oklahoma City, OK  73124-8809
```

```
District/off: 0752-1           User: bchavez              Page 2 of 3                  Date Rcvd: May 20, 2015
                               Form ID: pdf006            Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16675265      +E-mail/Text: bnc@bass-associates.com May 21 2015 00:51:49
               HSBC Bank Nevada, N.A. (Neiman Marcus),    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
20355742      +E-mail/Text: bnc@bass-associates.com May 21 2015 00:51:49      eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15930022       Jamie Halprin
15991269*     +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
15991270*     +American Home Mortgage Servicing,    PO Box 619063,    Dallas, TX 75261-9063
15991272*     +BRG Construction,    c/o Tinkoff Popko & Duval,    413 E. Main Street,
               Barrington, IL 60010-4501
15991271*     +Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
15991278*     +CSC Drywall,    c/o Stephen F. Potts,    2720 S. River Road, Suite 150-N,
               Des Plaines, IL 60018-4106
15991274*     +Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15991275*     +Cardmember Service,    PO Box 15325,    Wilmington, DE 19886-0001
15991276*     +Christopher G. Walsh, Jr.,    c/o Hoevel & Associates, PC,    3725 N. Western Avenue,
               Chicago, IL 60618-4705
15991277*     +Cioni Excavating,    c/o Heller Shapiro Frisone,    33 N. LaSalle Street,
               Chicago, IL 60602-2603
15991279*     +DiMonte & Lizak,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
15991280*     +Discover,    PO Box 6103,    Carol Stream, IL 60197-6103
15991282*     +Fairbanks Cityfront,    c/o Levenfeld, Pearlstein,    2 N. LaSalle Street, 13th Floor,
               Chicago, IL 60602-3709
15991281*     +Fairbanks at City,    c/o Levenfeld, Pearlstein,    2 N. LaSalle, 13th Floor,
               Chicago, IL 60602-3709
15991283*     +Freeborn & Peters,    c/o Stein & Rotman,    105 W. Madison, #605,    Chicago, IL 60602-4602
15991285*     +John D. Rebik & Associates,    35 W 388 Miller Road,    Dundee, IL 60118-9307
15991286*     +Marks Marks & Kaplan,    55 W. Monroe, #3000,    Chicago, IL 60603-5097
15991287*     +Montoya Tree & Lawn Service,    c/o Schwartz Wolf & Bernstein LLP,    314 N. McHenry Road,
               Buffalo Grove, IL 60089-2428
15991288*     +Neiman Marcus,    PO Box 5235,    Carol Stream, IL 60197-5235
15991289*     +Saks Fifth Avenue,    PO Box 17157,    Baltimore, MD 21297-1157
15991291*     +Todd Miller and Christine Miller,    c/o Kevin S. Besetzny,    33 N. Dearborn Street, Suite 1710,
               Chicago, IL 60602-3862
15991293*     +West Suburban Bank,    c/o Guerard Kalina & Musilia,    100 W. Roosevelt Road, #A,
               Wheaton, IL 60187-5260
15991292*     +West Suburban Bank,    711 S. Westmore,    Lombard, IL 60148-3770
                                                                                  TOTALS: 1, * 22, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2015 at the address(es) listed below:
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Kerry A Walsh    on behalf of Creditor    The Board of Directors of Fairbanks at CityFront Plaza
           Condominium Association kwalsh@lplegal.com
          Lester A Ottenheimer, III    on behalf of Joint Debtor Anna F Rante lottenheimer@olawgroup.com,
           nfishkin@olawgroup.com
          Lester A Ottenheimer, III    on behalf of Debtor Michael V Rante lottenheimer@olawgroup.com,
           nfishkin@olawgroup.com
          Mark J. Carroll    on behalf of Creditor    West Suburban Bank carrollmark@ameritech.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard S Mittelman    on behalf of Trustee David P Leibowitz, ESQ mittelmanr@eiden-odonnell.com
```

```
District/off: 0752-1            User: bchavez              Page 3 of 3            Date Rcvd: May 20, 2015
                                Form ID: pdf006            Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Susan J. Notarius   on behalf of Creditor   American Home Mortgage Servicing, Inc. snotarius@Klueverplatt.com, bknotice@klueverplatt.com

                                                                                                                 TOTAL: 9