**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-34084-CAD |
| | § | |
| MICHAEL V RANTE | § | |
| ANNA F RANTE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,391,500.00 | Assets Exempt: | $82,150.00 |
| Total Distributions to Claimants: | $2,064.38 | Claims Discharged Without Payment: | $5,154,115.31 |
| Total Expenses of Administration: | $12,935.62 | | |

3) Total gross receipts of $15,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $12,935.62 | $12,935.62 | $12,935.62 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $5,175,540.48 | $72,832.17 | $72,832.17 | $2,064.38 |
| **Total Disbursements** | $5,175,540.48 | $85,767.79 | $85,767.79 | $15,000.00 |

4). This case was originally filed under chapter 7 on 07/30/2010. The case was pending for 64 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/30/2015            By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2007 BMW 3 Series convertible (12,000 miles) | 1129-000 | $2,500.00 |
| 2007 Jeep Commander (60,000 miles) | 1129-000 | $2,500.00 |
| Claim against Loduca (approximate value) based upon alleged breach of a loan agreement | 1149-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $15,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $58.52 | $58.52 | $58.52 |
| Green Bank | 2600-000 | NA | $234.68 | $234.68 | $234.68 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $5,077.50 | $5,077.50 | $5,077.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $49.60 | $49.60 | $49.60 |
| Richard S. Mittelman and O'Donnel Law Firm, Ltd, Special Counsel for Trustee | 3210-600 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Richard S. Mittelman and O'Donnell Law Firm, Ltd, Special Counsel for Trustee | 3220-610 | NA | $265.32 | $265.32 | $265.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $12,935.62 | $12,935.62 | $12,935.62 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $399.36 | $3,247.48 | $3,247.48 | $98.75 |
| 2 | DiMonte & Lizak, LLC | 7100-000 | $4,195.25 | $4,195.25 | $4,195.25 | $127.56 |
| 3 | John D. Rebik & Associates | 7100-000 | $5,382.00 | $3,312.50 | $3,312.50 | $100.72 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $0.00 | $689.50 | $689.50 | $21.13 |
| 5 | Chase Bank USA, N.A. | 7100-000 | $18,017.95 | $18,017.95 | $18,017.95 | $547.86 |
| 6 | Montoya Tree & Lawn Service | 7100-000 | $13,550.00 | $3,800.00 | $3,800.00 | $115.54 |
| 7 | Chase Bank USA, N.A. | 7100-000 | $14,378.45 | $19,032.95 | $19,032.95 | $578.72 |
| 8 | Christopher G. Walsh, Jr. | 7100-000 | $598.21 | $471.03 | $471.03 | $14.32 |
| 9 | American Express Bank, FSB | 7100-000 | $4,413.68 | $4,413.68 | $4,413.68 | $134.20 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | $8,777.37 | $8,996.17 | $8,996.17 | $273.54 |
| 11 | Todd Miller and Christine Miller | 7100-000 | $17,711.38 | $1,711.38 | $1,711.38 | $0.00 |
|  | Office of the Bankruptcy Clerk (Claim No. 11; Todd Miller and Christine Miller) | 7100-001 | $0.00 | $0.00 | $0.00 | $52.04 |
| 12 | eCAST Settlement Corporation | 7200-000 | $2,269.42 | $2,588.80 | $2,588.80 | $0.00 |
| 13 | HSBC Bank Nevada, N.A. (Neiman Marcus) | 7200-000 | $2,499.89 | $2,355.48 | $2,355.48 | $0.00 |
|  | BRG Construction | 7100-000 | $7,888.25 | $0.00 | $0.00 | $0.00 |
|  | Capital Management Services, LP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Cioni Excavating | 7100-000 | $6,119.88 | $0.00 | $0.00 | $0.00 |
|  | CSC Drywall | 7100-000 | $7,416.86 | $0.00 | $0.00 | $0.00 |
|  | Fairbaniks City front | 7100-000 | $16,652.00 | $0.00 | $0.00 | $0.00 |
|  | Fairbanks at City | 7100-000 | $31,342.78 | $0.00 | $0.00 | $0.00 |
|  | Freeborn & Peters | 7100-000 | $11,858.90 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Narks Marks & Kaplan | 7100-000 | $2,068.85 | $0.00 | $0.00 | $0.00 |
| West Suburban Bank | 7100-000 | $5,000,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $5,175,540.48 | $72,832.17 | $72,832.17 | $2,064.38 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 10-34084-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | Date Filed (f) or Converted (c): | 07/30/2010 (f) |
| For the Period Ending: | 11/30/2015 | §341(a) Meeting Date: | 09/13/2010 |
| | | Claims Bar Date: | 12/15/2010 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 1 | 832 Pony Lane, Northbrook, IL 60062 | $850,000.00 | $0.00 | | $0.00 | FA |
| 2 | 501 Clinton, #1801, Chicago, IL | $300,000.00 | $0.00 | | $0.00 | FA |
| 3 | 505 Lake Shore Drive, #1802, Chicago, IL | $375,000.00 | $0.00 | | $0.00 | FA |
| 4 | 51 Logan Loop, Highland Park, IL 60035 | $800,000.00 | $0.00 | | $0.00 | FA |
| 5 | 240 E. Illinois #2511, Chicago, IL | $700,000.00 | $0.00 | | $0.00 | FA |
| 6 | Marriot timeshare | $40,000.00 | $0.00 | | $0.00 | FA |
| 7 | 1/3 interest in marriot timeshare | $5,300.00 | $0.00 | | $0.00 | FA |
| 8 | 146 Cedar, Wood Dale, IL 60191 | $350,000.00 | $0.00 | | $0.00 | FA |
| 9 | cash on debtor's person | $70.00 | $0.00 | | $0.00 | FA |
| 10 | checking account- harris bank | $300.00 | $0.00 | | $0.00 | FA |
| 11 | checking account- harris bank | $400.00 | $0.00 | | $0.00 | FA |
| 12 | checking account - northern trust | $350.00 | $0.00 | | $0.00 | FA |
| 13 | 1 computer, printer and monitor, 4 TV's, 1 DVR, 1 DVD player, stereo, miscellaneous appliances, kitchen table and chairs, dining room set, living room funiture, family room furniture, 4 sets of bedroom furniture, office furniture, and 1 piano | $2,000.00 | $0.00 | | $0.00 | FA |
| 14 | miscellaneous pictures | $300.00 | $0.00 | | $0.00 | FA |
| 15 | Miscellaneous wearing apparel | $150.00 | $0.00 | | $0.00 | FA |
| 16 | 1 watch, 1 wedding ring, earrings and miscellaneous costume jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 17 | 2 .38 caliber pistols, 1 .35, 1 shotgun, 1 Winchester | $300.00 | $0.00 | | $0.00 | FA |
| 18 | Roth IRA | $37,500.00 | $0.00 | | $0.00 | FA |
| 19 | Pension ($1,799 a month) | $1,700.00 | $0.00 | | $0.00 | FA |
| 20 | Shareholder in Villa Cara, Inc. | $0.00 | Unknown | | $0.00 | FA |
| 21 | Shareholder in Gatto Kitchen, Inc. | $0.00 | Unknown | | $0.00 | FA |
| 22 | Shareholder in Hair N Go, inc. | $0.00 | Unknown | | $0.00 | FA |
| 23 | Claim against Loduca (approzimate value) based upon alleged breach of a loan agreement | $150,000.00 | $147,120.00 | | $10,000.00 | FA |

**Asset Notes:** Michael Rante v. Salvatore
Loduca and Rosalia Loduca, Case No. 2010 L 000364

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 10-34084-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | Date Filed (f) or Converted (c): | 07/30/2010 (f) |
| For the Period Ending: | 11/30/2015 | §341(a) Meeting Date: | 09/13/2010 |
| | | Claims Bar Date: | 12/15/2010 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 24 | Potential cause of action against West Suberban Bank | Unknown | Unknown | | $0.00 | FA |
| 25 | 2007 BMW 3 Series convertible (12,000 miles) | $28,125.00 | $25,725.00 | | $2,500.00 | FA |
| 26 | 2007 Jeep Commander (60,000 miles) | $13,150.00 | $13,150.00 | | $2,500.00 | FA |
| 27 | 2000 Cadillac DTS (87,000 miles) | $3,600.00 | $1,200.00 | | $0.00 | FA |
| 28 | 1 dest, 1 chair, miscellaneous file cabinets | $150.00 | $0.00 | | $0.00 | FA |
| 29 | Barbeque grill, miscellaneous tools and 1 snowblower | $250.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$3,659,645.00    $187,195.00    $15,000.00    $0.00

**Major Activities affecting case closing:**

| 06/10/2015 | 94 - 06/10/2015 - Order Granting Application For Compensation (Related Doc # 90). David P Leibowitz, fees awarded: $2250.00, expenses awarded: $58.52. Signed on 6/10/2015. (Chavez, Baldo) (Entered: 06/10/2015) |
|---|---|
| | #95 - 06/10/2015 - Order Granting Application For Compensation (Related Doc # 91). David P Leibowitz, fees awarded: $5077.50, expenses awarded: $49.60. Signed on 6/10/2015. (Chavez, Baldo) (Entered: 06/10/2015) |
| | TDR to be prepared once checks clear. |
| 02/05/2015 | Attorney to draft demand letter requesting documents related to any such amend tax return |
| 08/28/2014 | Followed with UST office RE TFR. |
| | Initially sent for review 11/2013 |
| 11/15/2013 | Refund on tax returns will be issued soon per the IRS. |
| 11/07/2013 | TFR sent to UST office for review and approval |
| 07/08/2013 | Prepared tax intercept for 2009, 2010, 2011 and 2012 |
| 06/19/2013 | TFR completed for Trustee's review. |
| 04/05/2013 | Objections to claim filed Per Trustee's request. |
| 11/02/2012 | Review Claims and Prepare TFR |
| 12/30/2011 | Breach of Contract still pending - Michael Rante v. Salvatore Loduca and Rosalia Loduca, Case No. 2010 L 000364 |
| 12/31/2010 | Trustee took 2004 examination. Investigation continues |

**Initial Projected Date Of Final Report (TFR):** 04/30/2012           /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 12/31/2012           DAVID LEIBOWITZ

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 10-34084-CAD | Trustee Name: David Leibowitz |
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | Bank Name: Green Bank |
| Primary Taxpayer ID #: | **-***8516 | Checking Acct #: ******8401 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 7/30/2010 | Blanket bond (per case limit): $5,000,000.00 |
| For Period Ending: | 11/30/2015 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | Anna F. Rante & Mike V. Rante | Payment for Equity on vehicle. | * | $1,000.00 | | $1,000.00 |
| | {25} | | $500.00 | 1129-000 | | | $1,000.00 |
| | {26} | | $500.00 | 1129-000 | | | $1,000.00 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.31 | $999.69 |
| 08/24/2011 | | Anna F. Rante | Payment for Equity on vehicle. | * | $1,000.00 | | $1,999.69 |
| | {25} | | $500.00 | 1129-000 | | | $1,999.69 |
| | {26} | | $500.00 | 1129-000 | | | $1,999.69 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.97 | $1,997.72 |
| 09/23/2011 | | Anna F. Rante / Mike V. Rante | Payment for Equity on vehicle. | * | $1,000.00 | | $2,997.72 |
| | {25} | | $500.00 | 1129-000 | | | $2,997.72 |
| | {26} | | $500.00 | 1129-000 | | | $2,997.72 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.69 | $2,994.03 |
| 10/28/2011 | | Anna F. Rante & Mike V. Rante | Payment for Equity on vehicle. | * | $1,000.00 | | $3,994.03 |
| | {25} | | $500.00 | 1129-000 | | | $3,994.03 |
| | {26} | | $500.00 | 1129-000 | | | $3,994.03 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.57 | $3,989.46 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.23 | $3,983.23 |
| 12/06/2011 | | Anna F. Rante and Mike V. Rante | Payment for Equity on vehicle. | * | $1,000.00 | | $4,983.23 |
| | {25} | | $500.00 | 1129-000 | | | $4,983.23 |
| | {26} | | $500.00 | 1129-000 | | | $4,983.23 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.72 | $4,975.51 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.02 | $4,967.49 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.49 | $4,960.00 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.26 | $4,951.74 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.47 | $4,944.27 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.97 | $4,936.30 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.96 | $4,928.34 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.69 | $4,920.65 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.70 | $4,911.95 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.90 | $4,905.05 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.91 | $4,897.14 |
| 11/02/2012 | (23) | Salvatore Lo Duca | Settlement Per Court Order | 1149-000 | $10,000.00 | | $14,897.14 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $22.73 | $14,874.41 |
| 12/11/2012 | 1001 | Richard S. Mittelman and O'Donnell Law Firm, Ltd | Per Court Order 12/5/2012. | 3220-610 | | $265.32 | $14,609.09 |
| 12/11/2012 | 1002 | Richard S. Mittelman and O'Donnel Law Firm, Ltd | Per Court Order 12/5/2012. | 3210-600 | | $5,000.00 | $9,609.09 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.63 | $9,590.46 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.47 | $9,573.99 |

**SUBTOTALS** $15,000.00 $5,426.01

FORM 2
Page No: 2
Exhibit 9
Case 10-34084 Doc 98 Filed 12/16/15 Entered 12/16/15 15:24:10 Desc Main
Document Page 9 of 11
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-34084-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8516 | | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/30/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.95 | $9,560.04 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.42 | $9,544.62 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $15.89 | $9,528.73 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.88 | $9,514.85 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.85 | $9,500.00 |
| 06/10/2015 | 1003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,250.00 | $7,250.00 |
| 06/10/2015 | 1004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $58.52 | $7,191.48 |
| 06/10/2015 | 1005 | Lakelaw | Claim #: ; Amount Claimed: 49.60; Amount Allowed: 49.60; Distribution Dividend: 100.00; | 3120-000 | | $49.60 | $7,141.88 |
| 06/10/2015 | 1006 | Lakelaw | Claim #: ; Amount Claimed: 5,077.50; Amount Allowed: 5,077.50; Distribution Dividend: 100.00; | 3110-000 | | $5,077.50 | $2,064.38 |
| 06/10/2015 | 1007 | Discover Bank | Claim #: 1; Amount Claimed: 3,247.48; Amount Allowed: 3,247.48; Distribution Dividend: 3.04; | 7100-000 | | $98.75 | $1,965.63 |
| 06/10/2015 | 1008 | DiMonte & Lizak, LLC | Claim #: 2; Amount Claimed: 4,195.25; Amount Allowed: 4,195.25; Distribution Dividend: 3.04; | 7100-000 | | $127.56 | $1,838.07 |
| 06/10/2015 | 1009 | John D. Rebik & Associates | Claim #: 3; Amount Claimed: 3,312.50; Amount Allowed: 3,312.50; Distribution Dividend: 3.04; | 7100-000 | | $100.72 | $1,737.35 |
| 06/10/2015 | 1010 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 694.96; Amount Allowed: 694.96; Distribution Dividend: 3.04; | 7100-000 | | $21.13 | $1,716.22 |
| 06/10/2015 | 1011 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 18,017.95; Amount Allowed: 18,017.95; Distribution Dividend: 3.04; | 7100-000 | | $547.86 | $1,168.36 |
| 06/10/2015 | 1012 | Montoya Tree & Lawn Service | Claim #: 6; Amount Claimed: 3,800.00; Amount Allowed: 3,800.00; Distribution Dividend: 3.04; | 7100-000 | | $115.54 | $1,052.82 |
| 06/10/2015 | 1013 | Chase Bank USA, N.A. | Claim #: 7; Amount Claimed: 19,032.95; Amount Allowed: 19,032.95; Distribution Dividend: 3.04; | 7100-000 | | $578.72 | $474.10 |
| 06/10/2015 | 1014 | Christopher G. Walsh, Jr. | Claim #: 8; Amount Claimed: 471.03; Amount Allowed: 471.03; Distribution Dividend: 3.04; | 7100-000 | | $14.32 | $459.78 |
| 06/10/2015 | 1015 | American Express Bank, FSB | Claim #: 9; Amount Claimed: 4,413.68; Amount Allowed: 4,413.68; Distribution Dividend: 3.04; | 7100-000 | | $134.20 | $325.58 |
| 06/10/2015 | 1016 | Fia Card Services, NA/Bank of America | Claim #: 10; Amount Claimed: 8,996.17; Amount Allowed: 8,996.17; Distribution Dividend: 3.04; | 7100-000 | | $273.54 | $52.04 |
| | | | **SUBTOTALS** | | $0.00 | $9,521.95 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-34084-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8516 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/10/2015 | 1017 | Todd Miller and Christine Miller | Claim #: 11; Amount Claimed: 1,711.38; Amount Allowed: 1,711.38; Distribution Dividend: 3.04; | 7100-000 | | $52.04 | $0.00 |
| 09/17/2015 | 1017 | Todd Miller and Christine Miller | Void of Check# 1017 - Check returned undeliverable. Checked void and reissued to clerk of the court as unclaimed funds. | 7100-003 | | ($52.04) | $52.04 |
| 09/17/2015 | 1018 | Office of the Bankruptcy Clerk | Unclaimed Funds | 7100-001 | | $52.04 | $0.00 |
| | | | **TOTALS:** | | $15,000.00 | $15,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $15,000.00 | $15,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $15,000.00 | $15,000.00 | |

| For the period of 7/30/2010 to 11/30/2015 | | For the entire history of the account between 07/25/2011 to 11/30/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,000.00 | Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 | Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15,000.00 | Total Compensable Disbursements: | $15,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,000.00 | Total Comp/Non Comp Disbursements: | $15,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4
Case 10-34084 Doc 98 Filed 12/16/15 Entered 12/16/15 15:24:10 Desc Main
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 11 of 11

| Case No. | 10-34084-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RANTE, MICHAEL V AND RANTE, ANNA F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8516 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/30/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $15,000.00 | $15,000.00 | $0.00 |

**For the period of 7/30/2010 to 11/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/30/2010 to 11/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $15,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ